

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
　　　　　Plaintiff
　- vs

Martin Lustgarten Acherman
　　　　　Defendant

CASE NUMBER: CR: 15-2465-McAliley

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: Circle appropriate location for appearance in Magistrate Court above.

COMPLETE ALL ITEMS. IF INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 4/8/15　　　AM 4:05　PM

(2) LANGUAGE SPOKEN: English / Spanish

(3) OFFENSE CHARGED: 18 USC 1956(h), 1512(k), 1512(c)(2), 982(a)(1), 981(a)(1)(c)

(4) UNITED STATES CITIZEN: ( ) YES  (X) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 6/4/1965

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
　　(X) INDICTMENT　　　　{ } COMPLAINT TO BE FILED/ALREADY FILED
　　{ } BENCH WARRANT FOR FAILURE TO APPEAR
　　{ } PROBATION VIOLATION WARRANT
　　{ } PAROLE VIOLATION WARRANT
　　ORIGINATING DISTRICT: District of Massachusetts
　　COPY OF WARRANT LEFT WITH BOOKING OFFICER? [X] YES   [ ] NO

(7) REMARKS: _____

(8) DATE: 4/8/15　　(9) ARRESTING OFFICER: Special Agent Michael Nagle

(10) AGENCY: U.S. Immigration & Customs Enforcement  (11) PHONE: 786-414-7917

(12) COMMENTS: _____