# MINUTE ORDER

Page 9

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor             Date: 04/08/15    Time: 1:30 p.m.

Defendant: Martin Lustgarten Acherman  J#: 07680-104   Case #: 15-2465-MCALILEY

AUSA: C. Moreno                        Attorney: Nathan Diamond s/a  ap. only

Violation: WARR/SUPER/INDICT/D/MA/Money Laundering Conspiracy

Proceeding: Initial Appearance                       CA Appt:

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:

Bond Set at: _____              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition: Deft. advised.  Gov't req PTD

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:
(PTD) Bond Hearing: 4/13/15 10 Am
Prelim/Arraign or (Removal): 4/13/15 10 Am
Status Conference RE:
D.A.R. 14:30:39                Time in Court: 5

s/Chris M. McAliley                            Magistrate Judge