UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-2465-McAliley

UNITED STATES OF AMERICA,
  Plaintiff,

v.

Martin Lustgarten Acherman

  Defendant.
_____/

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

COMES NOW Nathan P. Diamond, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida. Southern Dist of Florida ONLY

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 4/8/15

Attorney: Nathan P. Diamond
Address: 888 Biscayne Blvd 501
City: Miami   State: FL   Zip Code: 33132
Telephone: 305 371-5300
Florida Bar Number: 146503

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____
_____
_____