# COURT MINUTES

Page 15

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 4/13/15     Time: 10:00 a.m.

Defendant: Martin Lustgarten Acherman   J#: 07680-104   Case #: 15-2465-McALILEY

AUSA: Joseph Palazzo, DOJ     Attorney: Nathan Diamond

Violation: Warr/Ind/D-MA/Consp Money Laundering

Proceeding: Detention Hearing, Removal Hearing     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: PTD

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
PTD Hearing held – HSI S/A Philip Lavoie sworn - The Court GRANTS The Government's request for PTD, risk of flight.
Defendant WAIVES Removal

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:51:03     Time in Court: 38